# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD PULLIAM et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) Case No. 2:13-cv-456-JDL | |
| PENNYMAC MORTGAGE ) | |
| INVESTMENT TRUST HOLDING I ) | |
| LLC et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 14) with the court on June 10, 2014, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiffs filed their Objection to the Recommended Decision on June 24, 2014. (ECF No. 15). The defendant filed its Response to Plaintiff's Objection on July 8, 2014. (ECF No. 16).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.  Defendant's motion to dismiss is **GRANTED.**

**SO ORDERED.**

                                                  /s/Jon D. Levy
                                         **United States District Judge**

Dated this 31st day of July, 2014.